1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 135879)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, 9th Floor
5  San Francisco, California 94102
   Telephone: 415-436-6909
6  Facsimile: 415-436-6748
   Email: jonathan.lee@usdoj.gov
7

E-filing

ORIGINAL FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,            )  No.
12                  Plaintiff,           )
                                         )  **COMPLAINT OF THE UNITED**
13      v.                               )  **STATES**
                                         )
14 CALIFORNIA INSURANCE GUARANTEE        )
   ASSOCIATION,                          )
15                                       )
                                         )
16                  Defendants.          )
                                         )
17 _____)

18    The plaintiff, United States of America, for its Complaint against the California Insurance
19 Guarantee Association alleges as follows:
20    1. The United States brings this civil action to recover the costs of health care provided to a
21       United States Armed Services veteran referred to herein as Veteran John Doe, at the
22       United States Department of Veterans Affairs Medical Center ("VAMC") in Loma Linda,
23       California, between December 29, 2000 and the present. This treatment totals at least
24       $145,037.59 and will continue to grow as Veteran John Doe seeks additional treatment.
25       Veteran John Doe was employed by Select Home Health Services ("Select") as a patient
26       home service provider when he suffered injuries to his upper extremities, psyche and
27       heart during a dog attack in March 1991. His employer's workers compensation insurer,
28       Superior National, became insolvent in 1992. California Insurance Guarantee

COMPLAINT

Association, an entity created and controlled by the state of California to establish and maintain a fund from which insureds can obtain financial assistance in the event their insurers become insolvent, assumed Superior National's insurance policy obligations upon its insolvency.

2. JURISDICTION: This Court has jurisdiction over this matter pursuant to Title 38 U.S.C. § 1729, which permits the United States to sue responsible third parties to recover the costs of health care services provided by the Department of Veterans Affairs.

3. Title 38 U.S.C. § 1729(a)(1) provides as follows:

> Subject to the provisions of this section, in any case in which a veteran is furnished care or services under this chapter [38 USC §§ 1701 et seq.] for a non-service-connected disability described in paragraph (2) of this subsection, the United States has the right to recover or collect reasonable charges for such care or services (as determined by the Secretary) from a third party to the extent that the veteran (or the provider of the care or services) would be eligible to receive payment for such care or services from such third party if the care or services had not been furnished by a department or agency of the United States.

4. Title 38 U.S.C. § 1729(a)(2) further provides in part that:

> Paragraph (1) of this subsection applies to a non-service-connected disability...(A) that is incurred incident to the veteran's employment and that is covered under a workers' compensation law or plan that provides for payment for the cost of health care and services provided to the veteran by reason of the disability.

5. VENUE: Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

6. INTRADISTRICT ASSIGNMENT: Pursuant to Civil Local Rule 3-5, this action is properly assigned to the San Francisco Division of this Court because a substantial part of the events giving rise to this action occurred in San Francisco, California, namely the final order of the Worker's Compensation Appeals Board denying plaintiff's right of reimbursement under controlling federal law was issued in San Francisco.

7. Defendant California Insurance Guarantee Association ("CIGA"), is an entity of unknown organization created by the California legislature to establish and maintain a fund from which insureds can obtain financial assistance in the event their insurers become

COMPLAINT                                    2

1  insolvent.

2  8. Beginning on or about March 7, 2001, Veteran John Doe, a veteran and an employee of
3  Select, was treated at the VAMC in Loma Linda, California for non service-connected
4  conditions and illnesses, and his course of treatment has continued to the present.

5  9. As a Select employee, Veteran John Doe was covered by Select's workers compensation
6  plan with Superior National for medical and hospital benefits. CIGA succeeded to
7  Superior when Superior became insolvent.

8  10. Because of such coverage, the VA timely submitted bills to Select and CIGA for
9  approximately $145,037.59. CIGA owes plaintiff the full amount of the billed amount.

10 11. As of the date of this Complaint, no part of the VA's claim has been paid because CIGA
11 disputes any liability based on provisions of the California Insurance Code.

12 12. The United States has complied with the procedural prerequisites for suit set forth in 38
13 U.S.C. § 1729(b)(2)(B), including providing notice to Veteran John Doe by certified mail
14 dated January 30, 2008, of the intention of the United States to institute legal proceedings
15 under section 1729.

16 WHEREFORE, the plaintiff, United States of America, prays that the Court enter judgment
17 in its favor in the amount according to proof but no less than $145,037.59, plus interest from the
18 date of judgment as provided by law, together with the costs of this action as determined by the
19 Court following the trial of this matter.

20                             Respectfully submitted,

21                             JOSEPH P. RUSSONIELLO
                               United States Attorney
22
   Date:  June 27 , 2008      _____
23                             JONATHAN U. LEE
                               Assistant United States Attorneys
24                             Attorneys for the United States of America

COMPLAINT                                3