LOCKE LORD BISSELL & LIDDELL LLP
C. Guerry Collins (SBN: 117197)
gcollins@lockelord.com
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
300 South Grand Avenue, Suite 800
Los Angeles, California 90071-3119
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
CALIFORNIA INSURANCE GUARANTEE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA INSURANCE GUARANTEE ASSOCIATION,<br><br>    Defendant.<br>_____ / | No. CV 08-03124 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 23, 2008

_____
Signature
C. Guerry Collins, Esq.
                    Defendant
                    California Insurance
Counsel for  Guarantee Association
(Name of party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com